JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST; CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; and IRONWORKERS WORKERS' COMPENSATION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>CORDELL HULL JONES, an individual, doing business as JONES BROS REBAR,<br><br>Defendant. | CASE NO.  CV 08-05157 MMM (PJWx)<br><br>JUDGMENT FOR PLAINTIFFS |

On August 6, 2008, plaintiffs filed this action against defendant Cordell Hull Jones, a California citizen doing business as Jones Bros Rebar.  Jones did not answer or otherwise respond, and the clerk entered his default on October 3, 2008.  Plaintiffs then moved for entry of default judgment.  In an order dated June 25, 2009, the court granted plaintiffs' motion.  Accordingly,

1     IT IS ORDERED AND ADJUDGED that

2     1.    Plaintiffs shall recover from defendant Cordell Hull Jones, an individual, dba Jones Bros. Rebar, the sum of $94,690.60, which includes:

4     (A)    $68,041.58 in unpaid fringe benefit contributions;

5     (B)    $ 6,428.08 in prejudgment interest;

6     (C)    $13,608.32 in liquidated damages;

7     (D)    $ 1,050.00 in audit fees;

8     (E)    $ 5,123.12 in attorneys' fees; and

9     (F)    $    439.50 for costs of suit.

    The judgment will bear interest at an annual rate of 0.51%.

DATED: June 25, 2009

    _____
    MARGARET M. MORROW
    UNITED STATES DISTRICT JUDGE