UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CORDELL HULL JONES, an individual doing business as JONES BROS REBAR, <br><br> Defendant. | CASE NO. 2:08cv5157 MMM - PJW x <br><br> **RENEWAL OF JUDGMENT BY CLERK** |

The Application of Judgment Creditors for Renewal of Judgment, originally entered by this Court on June 25, 2009, has been considered and upon GOOD CAUSE APPEARING, it is ordered that: CALIFORNIA IRONWORKERS FIELD PENSION TRUST, CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND, CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUN, CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND, CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, and IRONWORKERS WORKERS' COMPENSATION TRUST shall

have a Renewal of Judgment against Judgment Debtor CORDELL HULL JONES, an individual doing business as JONES BROS REBAR.

Renewal of money judgment against Judgment Debtor, CORDELL HULL JONES, an individual doing business as JONES BROS REBAR:

| | | |
|---|---|---|
| a. | Total Judgment | $94,690.60 |
| b. | Costs after Judgment | $0.00 |
| c. | Subtotal (a. and b.) | $94,690.60 |
| d. | Credits after Judgment | $0.00 |
| e. | Subtotal (d. from c.) | $94,690.60 |
| f. | Interest after Judgment | $4,796.14 |
| g. | Fee for filing renewal application | $0.00 |
| h. | Total renewed Judgment (e., f., and g.) | $99,486.74 |

This renewal of Judgment extends the period of enforceability of the Judgment until 10 years from the date of the Application for Renewal was filed.

DATED: June 13, 2019                KIRY K. GRAY, Clerk of Court

*Sharon Hall-Brown*

Sharon Hall-Brown, Deputy Clerk